UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

National Automatic Sprinkler,
    *Plaintiff,*

v.

Atlantic Fire Protection,
    *Defendant.*

Docket No. 14-cv-253   (JBA)

---

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that no further action in this matter is required as they have reached a settlement. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by March 17, 2015.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.

/S/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 17 day of February 2015.